Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 15−24751−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Richard Lix
   1484 How Ln
   North Brunswick, NJ 08902

Social Security No.:
   xxx−xx−4595

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 12/4/19 at 09:00 AM

to consider and act upon the following:

*42* − Creditor's Certification of Default (related document:29 Order on Motion For Relief From Stay) filed by Elizabeth K. Holdren on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing. Objection deadline is 12/2/2019. (Attachments: # 1 Order # 2 Certificate of Service) (Holdren, Elizabeth)

Dated: 11/26/19

                                    Jeanne Naughton
                                    Clerk, U.S. Bankruptcy Court