| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in compliance with D.N.J. LBR 9004-1(b) |
| **HILL WALLACK LLP**<br>Elizabeth K. Holdren, Esq.<br>21 Roszel Road<br>P.O. Box 5226<br>Princeton, NJ 08543<br>Phone: (609) 924-0808<br>Email: eholdren@hillwallack.com<br>*Attorneys for NewRez, LLC d/b/a Shellpoint Mortgage Servicing* |
| In Re:<br><br>Richard Lix,<br>        Debtors. |

Order Filed on March 20, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 15-24751 (CMG)

Chapter: 13

## ORDER RESOLVING CREDITOR'S CERTIFICATION OF DEFAULT

The consent order set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: March 20, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page | 2
Debtor: Richard Lix
Case No: 15-24751 (CMG)
Caption: Order Resolving Creditor's Certification of Default

| | |
|---|---|
| Applicant: | NewRez LLC dba Shellpoint Mortgage Servicing ("Secured Creditor) |
| Applicant's Counsel: | Hill Wallack LLP |
| Debtor's Counsel: | Robert C. Nisenson, Esq. |
| Property Involved ("Collateral"): | 1484 How Lane, North Brunswick, NJ 08902 |

Relief sought:
- ✓ Motion for relief from the automatic stay (Certification of Debtors' Default)
- Motion to dismiss
- Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    - The Debtors are overdue for five (5) months, from June 1, 2019 to October 1, 2019 as of the filing of the Certification of Debtors' Default (November 18, 2019)

    - The Debtors are now also overdue for one (4) months, November 1, 2019 to February 1, 2020 as of March 4, 2020.

    - Less funds held in Debtors' suspense $302.50 for a total due for 8 months in the amount of $11,497.79.

    - Applicant acknowledges receipt of funds in the amount of $11,498.32 received after the Certification of Debtors' Default was filed.

    Total Arrearages Due $0.00.

2. Debtors must cure all post-petition arrearages, as follows:

    - Beginning on March 1, 2020, regular monthly mortgage payments shall continue to be made in the amount $1,311.53.

Page | 3
Debtor:  Richard Lix
Case No: 15-24751 (CMG)
Caption: Order Resolving Creditor's Certification of Default

3. Payments to the Secured Creditor shall be made to the following address(es):

- Regular monthly payment:   NewRez LLC d/b/a Shellpoint Mortgage Servicing
  P.O. Box 740039
  Cincinnati, OH 45274-0039

In the event of Default:

If the Debtor fails to make any regular monthly payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

4. Award of Attorneys' Fees:

- The Applicant is awarded attorney fees of $200.00.

The fees and costs are payable through the Chapter 13 plan.

```
                        United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                          Case No. 15-24751-CMG
Richard Lix                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 1          Date Rcvd: Mar 20, 2020
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2020.
db             +Richard Lix,    1484 How Ln,    North Brunswick, NJ 08902-1723

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2020                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2020 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   New Penn Financial, LLC d/b/a Shellpoint Mortgage
               Servicing bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
              Elizabeth K. Holdren    on behalf of Creditor   NewRez LLC d/b/a Shellpoint Mortgage Servicing
               eholdren@hillwallack.com,   jhanley@hillwallack.com;hwbknj@hillwallack.com
              Robert C. Nisenson    on behalf of Debtor Richard   Lix r.nisenson@rcn-law.com,
               doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
                                                                                             TOTAL: 6